IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DeANDRE L'OVERTURE JACKSON, | ) | |
| Plaintiff, | ) | Civil Action No. 7:13-cv-00013 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| LESLIE FLEMING, et al., | ) | By: Jackson L. Kiser |
| Defendant(s). | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 25th day of March, 2013.

Senior United States District Judge